UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE EATON,<br><br>  Plaintiff,<br><br>  v.<br><br>FCA US, LLC, et al.,<br><br>  Defendants. | Case No. 5:23-cv-01707-SRM-KSx<br><br>**ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER, DKT. [47]** |

On May 13, 2025, the Court ordered the parties "to submit a proposed judgment under Federal Rule of Civil Procedure 68(a) by May 19, 2025." (Dkt. 47.) As of today's date, the parties have not done so. Accordingly, counsel for Plaintiff Suzette Eaton and FCA US, LLC are **ORDERED TO SHOW CAUSE**, in writing, why counsel for both parties should not be sanctioned $300.00 each for failure to comply with the Court's order. The parties must file a joint response not to exceed 5 pages by **May 29, 2025**. The Court sets this matter for an in-person hearing for **June 12, 2025, at 1:30 p.m**.

Alternatively, this Order to Show Cause may be discharged if the parties submit a proposed judgment under Rule 68(a) before **June 3, 2025**.

**IT IS SO ORDERED.**

Dated: May 27, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-