# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE EATON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01707-SRM-KSx<br><br>Hon. Serena R. Murillo<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff Suzette Eaton ("Plaintiff") accepted Defendant FCA US LLC's ("Defendant") Offer of Judgment Pursuant to Federal Rule Civil Procedure 68 on June 26, 2025. (Dkt. 54).

//

//

//

1 | Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $60,791.68 and awards Plaintiff the stipulated sum of $13,000.00 in attorneys' fees and costs in satisfaction of all attorneys' fees and costs liability in this matter pursuant to the terms of the Rule 68 Offer. The Court hereby **ENTERS JUDGMENT** in favor of Plaintiff and against Defendant in the total amount of $73, 791.68.

**IT IS SO ORDERED.**

Date: July 11, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2
**JUDGMENT**