UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE EATON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, et al.<br><br>　　　　　　　　Defendants. | Case No. 5:23-cv-01707-SRM-KSx<br><br>**ORDER TO SHOW CAUSE WHY THE DOE DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Suzette Eaton ("Plaintiff") filed this lawsuit against Defendant FCA US LLC ("Defendant") and unnamed Doe defendants on August 17, 2023. (Dkt. 1, Compl.) Since that time, Plaintiff has failed to identify and serve the summons and complaint on the unnamed Doe defendants. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by **July 18, 2025**, why the Doe defendants should not be dismissed for failure to prosecute. Alternatively, Eaton may voluntarily dismiss the Doe defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i) by the above date.

　　**IT IS SO ORDERED.**

Dated: July 11, 2025

　　　　　　　　　　　　　　　　　　　　HON. SERENA R. MURILLO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE